In the Matter of the Estate of NATHANIEL BERNSTEIN, Deceased. In the Matter of the Application of OTTO RUSSELL against HANNAH BERNSTEIN, Individually and as Administratrix, etc., of NATHANIEL BERNSTEIN, Deceased, for an Order Directing HANNAH BERNSTEIN as Administratrix, etc., to Turn over and

Deliver a Certain Pass Book, etc.— Motion for leave to appeal to the Court of Appeals, for a stay and for a resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.